5 A.3d 162

IN THE MATTER OF RAYMOND GOODWIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 013131980).

October 21, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–072, concluding that **RAYMOND GOODWIN** of **SOMERSET,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.15(a) (commingling of personal and client funds), *RPC* 1.15(d) (recordkeeping violations), and *RPC* 5.5(a) (practicing law while ineligible);

And the Disciplinary Review Board having further concluded that respondent should be required to practice law under supervision, complete a trust accounting course, and submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years;

And good cause appearing;

It is ORDERED that **RAYMOND GOODWIN** is hereby reprimanded; and it is further

ORDERED that **RAYMOND GOODWIN** shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics until the further Order of the Court; and it is further

ORDERED that respondent shall enroll in and successfully complete a course in trust accounting approved by the Office of Attorney Ethics and shall submit proof of his satisfactory completion thereof on a schedule to be determined by that office; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarterly basis for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Commit tee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.